HENDERSON, Respondent, *v.* LYNCH, Appellant.

*(Common Pleas of New York City and County, General Term.* July 6, 1891.)

Appeal from eighth district court.

Action by Robert Henderson against Joseph Lynch.

Argued before ALLEN and BISCHOFF, JJ.

*W. T. Burr,* for appellant.    *P. P. Brady,* for respondent.

No opinion.  Judgment reversed, new trial ordered, costs to abide the event.

---

MAYOR, ETC., OF CITY OF NEW YORK, Respondent, *v.* EHRSAM, Appellant.

*(Common Pleas of New York City and County, General Term.* July 6, 1891.)

Motion for reargument.

Action by the mayor, etc., of the city of New York against William F. Ehrsam.  A judgment for plaintiff was affirmed on appeal, and defendant moves for a reargument.

Argued before ALLEN and BISCHOFF, JJ.

*Jas. Murphy,* for appellant.    *Louis Hanneman,* for respondent.

No opinion.  Motion for reargument denied, without costs.  For affirmance of judgment, see 14 N. Y. Supp. 959.

---

OCCIDENTAL OIL Co., Respondent, *v.* YOUNG, Appellant.

*(Common Pleas of New York City and County, General Term.* July 6, 1891.)

Appeal from first district court.

Action by Occidental Oil Company against Annie V. Young.

Argued before ALLEN and BISCHOFF, JJ.

*A. B. Stewart,* for appellant.    *W. R. Griffith,* for respondent.

No opinion.  Judgment reversed, new trial ordered, with costs to abide the event.

---

RUBIN, Respondent, *v.* ELIAS, Appellant.

*(Common Pleas of New York City and County, General Term.* July 6, 1891.)

Appeal from second district court.

Action by D. Rubin against Michael A. Elias.

Argued before ALLEN and BISCHOFF, JJ.

*Campbell & Son,* for appellant.    *H. Fox,* for respondent.

No opinion.  Judgment affirmed, with costs.

---

BAUER, Respondent, *v.* CONSUMERS' ICE Co., Appellant.

*(Superior Court of New York City, General Term.* October 10, 1891.)

Appeal from special term.

Action by Charles C. Bauer against the Consumers' Ice Co. for personal injuries due to plaintiff's being run over by a wagon of defendant.

Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.

*Edwards & Odell,* (*Hamilton Odell,* of counsel,) for appellant.  *Lachman, Morgenthau & Goldsmith,* (*Samson Lachman,* of counsel,) for respondent.

DUGRO, J.  This is an appeal from a judgment in plaintiff's favor entered upon a verdict, and from an order denying a motion for a new trial.  A careful examination of the case discloses no error.  The case required the submission of the evidence to the jury.  The charge was fair, and presented the questions to be determined clearly and impartially.  The requests to charge